

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2015

No. 04-15-00290-CR

Jose Miguel Garcia **VILLAREAL,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 364138
Honorable Scott Roberts, Judge Presiding

# O R D E R

Tonya R. Thompson's notification of late record is granted. The reporter's record is due on September 25, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2015.

Keith E. Hottle
Clerk of